

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2022

No. 04-22-00141-CV

## IN RE REYNOLDS ENERGY TRANSPORT, LLC AND REYNOLDS TRANSPORTATION, INC.

Original Mandamus Proceeding[1]

## ORDER

Sitting:      Rebeca C. Martinez, Chief Justice
                Luz Elena D. Chapa, Justice
                Lori I. Valenzuela, Justice

Relators filed their original petition for writ of mandamus on March 8, 2022. On March 31, 2022, real party in interest filed a response to the petition. On June 21, 2022, real party in interest filed a letter informing this court that a settlement had been reached between the parties and a motion to dismiss would be forthcoming. On July 8, 2022, relators filed a letter informing the court that the parties had not yet executed the settlement documents. On July 25, 2022, we ordered relators to file a motion to dismiss or an advisory informing the court of the status of the case. Relators responded that the parties were in the settlement process, but had not yet executed the settlement documents. On August 19, 2022, we ordered the parties to file a joint detailed advisory informing this court of the status of the case or relators to file a motion to dismiss. On August 26, 2022, relators responded that the parties were still executing the settlement documents. Relators provided that they will file a motion to dismiss when the documents are executed and "anticipate it taking an additional 45 days."

Therefore, we **ORDER** the parties to file a joint detailed advisory informing this court of the status of this case or relators to file a motion to dismiss by **October 10, 2022**.

It is so **ORDERED** on September 14, 2022

---

[1] This proceeding arises out of Cause No. 2019-CI-00620, styled *Andrew Marvin Stock as Next Friend of Dianna Sue Marable v. Reynolds Energy Transport, LLC, et. al*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga, presiding. The Honorable David Canales signed the order at issue in this original proceeding.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_
MICHAEL A. CRUZ,
CLERK OF COURT

